## B. KILGORE v. LARRY DIMMITT, INC.

153 So. 138.

Opinion Filed February 27, 1934.

C. E. Ware and *Edwin W. Grenelle,* for Petitioner;
*Phillips & Thompson,* for Respondent.

PER CURIAM.—Petitioner, B. Kilgore, was sued in the
County Court of Pinellas County in an action at law. De-
murrer to the plaintiff's declaration was interposed by him,
sustained by the county judge, and final judgment conse-
quent entered for Kilgore on his demurrer. Thereafter on
appeal from the county court to the circuit court, the judg-
ment of the county court was reversed and the cause re-
manded to the county court with directions to overrule the
defendant's demurrer to the plaintiff's declaration and pro-
ceed according to law.

Under such circumstances the petition for certiorari from
this Court is premature and should be dismissed on the
authority of First National Bank v. Gibbs, 78 Fla. 118, 82
Sou. Rep. 618; Holmberg v. Toomer, 78 Fla. 116, 82 Sou.
Rep. 620; Hartford Accident & Indemnity Co. v. City of
Thomasville, 100 Fla. 748, 130 Sou. Rep. 7; Rifas v. Gross,
106 Fla. 708, 143 Sou. Rep. 600.

Petition for certiorari dismissed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN
and BUFORD, J. J., concur.